IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHAMARIAN AUSTIN, as dependent administrator of, ILIANA CLAIRE HEJLIK, J.S. #1, J.S. #2, J.S. #3, DONNA THOMAS, and CLIFF BENJAMIN MITCHELL, individually, the ESTATE OF JAMAL ALI SHAW, and JAMAL ALI SHAW'S heirs-at-law, and DONNA THOMAS, individually<br>　　Plaintiffs,<br><br>v.<br><br>CITY OF PASADENA, TEXAS; MARTIN E. AGUIRRE; JOANNA S. MARROQUIN; DARLENE MCCAIN a/k/a RITA M. MCCAIN; and RYAN W. WHITEHEAD,<br><br>Defendants. | §§§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 4:21-CV-00774 |

## ORDER

Defendants City of Pasadena, Texas' and Officer Martin E. Aguirre's motion to dismiss the claims against them is **GRANTED**. It is therefore;

**ORDERED** that Plaintiffs' claims against Defendants City of Pasadena, Texas and Officer Martin E. Aguirre, are **DISMISSED WITH PREJUDICE**.

SIGNED on this the _____ day of _____, 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DAVID HITTNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE